# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Edwin Davila v. Guevara, et al   Case Number: 23-cv-01739

An appearance is hereby filed by the undersigned as attorney for:
Defendants William Johnston, Stephen Gawrys, Frank Vukonich, and Alan Pergande

Attorney name (type or print): Lisa M. Meador

Firm: The Sotos Law Firm, P.C.

Street address: 141 W. Jackson Blvd, Suite 1240A

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6270259
(See item 3 in instructions)

Telephone Number: (630) 735-3300

Email Address: lmeador@jsotoslaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✓ |
| Are you acting as local counsel in this case? | ☐ | ✓ |
| Are you a member of the court's trial bar? | ☐ | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 11, 2023

Attorney signature: S/ Lisa M. Meador
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015