AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-CV-1739

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  OFFICER JOSE RODRIGUEZ STAR *4660
was received by me on *(date)*  05/31/2023  .

☑ I personally served the summons on the individual at *(place)*  5840 N EAST CIRCLE AVENUE, CHICAGO IL 60631  on *(date)*  06/01/2023  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  06/01/2023

_____
*Server's signature*

LARRY BIELA / SPECIAL PROCESS SERVER
*Printed name and title*

P O BOX 46335
CHICAGO IL 60646
ILLINOIS LICENSE 115-001755

_____
*Server's address*

Additional information regarding attempted service, etc:

# L Biela & Associates Detectives, Ltd

**Phone 312 243 4030**

**Email Larry@bielapi.com**

**INVOICE# 230601001**

**Tax id# 20-3939228**

**P. o. Box 46335**

**Chicago, IL. 60646**

6/1/2023

LOEVY & LOEVY
ETHAN WOODWARD
311 N ABERDEEN, 3RD FLOOR
CHICAGO IL 60607

## INVOICE

CASE# EDWIN DAVILA VS. REYNAALDO GUEVARA, 23 CV 1739

PROCESS SERVICE

OFFICER RODRIGUEZ
5840 N EAST CIRCLE
CHICAGO IL 60631

**TOTAL DUE**  $     90.00

**Please Remit Payment to**

**P O BOX 46335**

**CHICAGO, IL. 60646**