# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EDWIN DAVILA, | ) |
| Plaintiff, | ) Case No. 1:23-cv-01739 ) ) |
| v. | ) ) |
| GUEVARA, et al., | ) ) JURY TRIAL DEMANDED ) |
| Defendants. | ) ) |

## NOTICE OF MOTION

TO:     All attorneys of record.

Please take notice that on **Wednesday, September 3, 2025 at 9:30 a.m.,** I shall appear before the Honorable Judge Daniel in Courtroom 1419, where he usually presides, or before anyone siting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **Plaintiff's Motion for Entry of Amended Confidentiality Order**.

Dated: August 28, 2025                     RESPECTFULLY SUBMITTED,

**EDWIN DAVILA**

By: /s/ Russell Ainsworth
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Russell Ainsworth
Ruth Brown
Anand Swaminathan
Sean Starr
Steve Art
Alexandra Wolfson
LOEVY & LOEVY
311 North Aberdeen

Chicago, Illinois 60607
(312) 243-5900
russell@loevy.com

## CERTIFICATE OF SERVICE

    I, Russell Ainsworth, an attorney, hereby certify that on August 28, 2025, I caused the foregoing to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

    By: /s/ Russell Ainsworth
    *One of Plaintiff's Attorneys*