**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **EDWIN DAVILA,** | ) | |
| | ) | **Case No. 23-CV-01739** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Honorable Jeremy C. Daniel** |
| | ) | |
| **CHICAGO POLICE OFFICER REYNALDO GUEVARA and THE CITY OF CHICAGO,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**MOTION FOR SUMMARY JUDGMENT**

NOW COME Defendant Reynaldo Guevara ("Defendant Guevara") by and through his counsel, BORKAN & SCAHILL, LTD., and Defendant City of Chicago by and through its counsel, ROCK FUSCO & CONNELLY, LLC, and pursuant to Fed. R. Civ. P. 56 move for summary judgment on all of Plaintiff's Complaint. In support thereof, Defendants state as follows:

1. For the reasons set forth in Defendants' contemporaneously-filed Memorandum of Law in Support of Summary Judgment, and Local Rule 56.1 Statement of Material Facts, Defendants pray summary judgment be entered in their favor on all of Plaintiff's claims.

WHEREFORE Defendant Guevara and the City of Chicago pray this Honorable Court enter summary judgment in their favor and grant any other relief the Court deems proper.

Respectfully submitted,

BORKAN & SCAHILL, LTD.

By: /s/ *Timothy P. Scahill*
Timothy P. Scahill

Steven B. Borkan
Timothy P. Scahill
Christiane E. Murray
Andrea Fabian-Checkai

Special Assistants Corporation Counsel
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
(312)580-1030

*Attorneys for Reynaldo Guevara*

By: */s/ Eileen E. Rosen*
Eileen E. Rosen

Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Lauren Ferrise
Austin G. Rahe
ROCK, FUSCO, & CONNELLY, LLC
333 W. Wacker, 19th Floor
Chicago, Illinois 60606
(312) 494-1000

*Counsel for City of Chicago*