**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Edwin Davila

                    Plaintiff,

v.                                                    Case No.: 1:23–cv–01739
                                                      Honorable Jeremy C. Daniel

Reynaldo Guevara, et al.

                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 31, 2026:

        MINUTE entry before the Honorable Jeremy C. Daniel: The defendants' motion for an extension of time [246] is granted. The defendants' reply is now due on or before April 21, 2026. The Court will not extend this deadline any further. The motion hearing is stricken. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.